UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-06635-MWF(AGRx)**                    Dated: **November 23, 2015**

Title:    Edward Vaca -*v*- The Vons Companies, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                              Sheri Kleeger
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Jennifer Brody                            Naomi Young


**PROCEEDINGS:     PLAINTIFF'S MOTION TO REMAND TO STATE COURT [9]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

-1-                                       :02 min